# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Pamela Lainhart,**
    **Plaintiff**

**-vs-**                        **Case No.  C-1-02-25**

**AK Steel Corporation,**
    **Defendant**

# JUDGMENT

|  | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED that:**

Defendant's Motion for summary judgment is GRANTED.  Plaintiff's claims are dismissed with prejudice.

Date:   December 3, 2003                    James Bonini, Clerk

                                           By:  s/Mary C. Brown
                                                Mary C. Brown, Deputy Clerk