AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of Ohio

Pamela Lainhart

V.

AK Steel Corporation

**BILL OF COSTS**

Case Number: C-1-02-025

Judgment having been entered in the above entitled action on 12/3/03 against Pamela Lainhart, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0 |
| Fees for service of summons and subpoena | 0 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0 |
| Fees and disbursements for printing | 0 |
| Fees for witnesses (itemize on reverse side) | 103.93 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0 |
| Docket fees under 28 U.S.C. 1923 | 0 |
| Costs as shown on Mandate of Court of Appeals | 0 |
| Compensation of court-appointed experts | 0 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0 |
| Other costs (please itemize) (see attached itemization) | 6,062.68 |
| **TOTAL** | **$ 6,166.61** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Kelly Mulloy Myers, attorney for Plaintiff

Signature of Attorney: _[signature]_

Name of Attorney: George E. Yund

For: attorney for Defendant AK Steel Corporation    Date: 12/10/03
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court    Deputy Clerk    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Michael Bailey | 1 | 40. | | | 1 | 12.03 | 52.03 |
| Larry Helton | 1 | 40. | | | 1 | 11.90 | 51.90 |
| | | | | | | TOTAL | 103.93 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

## DEPOSITION COSTS (UNDER 28 U.S.C. 1920)

Fees and disbursements for deposition transcripts actually and necessarily obtained for use in Defendant's successful Motion for Summary Judgment:

| | |
|---|---|
| Deposition Transcript Vol. I Pamela Lainhart | $1,323.70 |
| Deposition Videotape Vol. I Pamela Lainhart | $1,620.00 |
| Deposition Transcript Vol. II Pamela Lainhart | $  420.60 |
| Deposition Videotape Vol. II Pamela Lainhart | $  450.00 |
| Deposition Transcript Vol. III Pamela Lainhart | $  197.93 |
| Deposition Transcript Michael Bailey | $  474.90 |
| Deposition Transcript Tom Brickey | $  305.35 |
| Deposition Transcript Larry Helton | $  422.20 |
| Deposition Transcript Lloyd Johnson | $  219.00 |
| Deposition Transcript Jeff King | $   87.00 |
| Deposition Transcript Butch Lehman | $  129.00 |
| Deposition Transcript Eric McFarland | $  131.00 |
| Deposition Transcript Kenneth O'Hara | $   69.00 |
| Deposition Transcript Chris Sizemore | $  213.00 |
| TOTAL | $6,062.68 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Bill of Costs has been sent by ordinary United States mail, postage prepaid to Kelly Mulloy Myers, Trial Attorney for Plaintiff, Freking and Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202 on this 10th day of December, 2003.

*[signature]*
Andrew R. Kaake (0072585)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800

CinLibrary/1351589.1

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136648 | 10/16/2002 | 01-65843 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/26/2002 | VOLKKA | C102025 |

| CASE CAPTION |
|---|
| Pamela Lainhart vs. AK Steel Corp |
| TERMS |
| Due upon receipt |

George E. Yund
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:                          1,319.20
     Pamela Lainhart
                         COURIER                                   4.50
(TAXABLE    $1,319.20)

                                         TOTAL DUE >>>>         1,323.70

30 DAY SIG THROUGH MS. ALGENIO'S OFFICE. YOUR COPIES/ASCII DELIVERED BY COURIER
10/14/02.
```

TAX ID NO.: 31-0725254                                       (513) 651-6800   Fax 651-6981

*Please detach bottom portion and return with payment.*

George E. Yund
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

Job No.      : 01-65843
Case No.     : C102025
Pamela Lainhart vs. AK Steel Corp

Invoice No.: 136648
Date         : 10/16/2002
**TOTAL DUE** :   1,323.70

Remit To:   **Ace Reporting Services**
            **30 Garfield Place**
            **Suite 620**
            **Cincinnati, OH 45202-4364**

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____  Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____  Zip: ____ |
| Cardholder's Signature: _____ |

Ace Reporting Services
30 Garfield Place
620 Cincinnati Club Building
Cincinnati, OH 45202
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136427 | 09/27/2002 | 02-65844 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/26/2002 | KREMCH | C102025 |

| CASE CAPTION |
|---|
| Pamela Lainhart vs. AK Steel Corp |
| TERMS |
| Due upon receipt |

George E. Yund
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

```
VIDEO DEPOSITION OF:
   Pamela Lainhart                                                      .00
                    VIDEO ATTENDANCE      9.00 Hours           1,620.00
                                                               _____
                                          TOTAL DUE >>>>       1,620.00

Tapes archived at Ace.
Thank you.
```

TAX ID NO.: 31-0725254                                  -6800   Fax 651-6981

*Please detach bottom portion and return with payment.*

```
                                  Job No.    : 02-65844
                                  Case No.   : C102025
                                  Pamela Lainhart vs. AK Steel Corp

George E. Yund                    Invoice No.: 136427
Frost Brown Todd, LLC             Date       : 09/27/2002
2200 PNC Center                   TOTAL DUE  :    1,620.00
201 East 5th Street
Cincinnati, OH 45202
```

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____   Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____   Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:   **Ace Reporting Services**
            **30 Garfield Place**
            **Suite 620**
            **Cincinnati, OH 45202-4364**

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137424 | 12/09/2002 | 01-66612 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/27/2002 | VOLKKA | C102025 |

| CASE CAPTION |
|---|
| Pamela Lainhart vs. AK Steel |

| TERMS |
|---|
| Due upon receipt |

George E. Yund
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:                              416.10
    Pamela Lainhart
                    COURIER                                          4.50
(TAXABLE    $   416.10)

                                      TOTAL   DUE  >>>>            420.60

7 DAY SIG @ ACE THROUGH MR. FREKING'S OFFICE. ORIG DEL BY COURIER 12/9/02
```

TAX ID NO.: 31-0725254                                  (513) 651-6800   Fax 651-6981

*Please detach bottom portion and return with payment.*

George E. Yund
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

Job No.    : 01-66612
Case No.   : C102025
Pamela Lainhart vs. AK Steel

Invoice No.: 137424
Date       : 12/09/2002
**TOTAL DUE** :    420.60

Remit To:   **Ace Reporting Services**
            **30 Garfield Place**
            **Suite 620**
            **Cincinnati, OH 45202-4364**

PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Ace Reporting Services
30 Garfield Place
620 Cincinnati Club Building
Cincinnati, OH 45202
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137323 | 11/27/2002 | 02-66613 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/27/2002 | SCHUBI | C102025 |
| **CASE CAPTION** | | |
| Pamela Lainharp vs. AK Steel | | |
| **TERMS** | | |
| Due upon receipt | | |

George E. Yund
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

```
VIDEO DEPOSITION OF:
   1 of Pamela Lainharp                                              .00
              VIDEO ATTENDANCE           2.50 Hours              450.00
                                                               --------
                                      TOTAL  DUE  >>>>           450.00
```

TAX ID NO.: 31-0725254                               (513) 651-6800   Fax 651-6981

*Please detach bottom portion and return with payment.*

George E. Yund
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

Job No.    : 02-66613
Case No.   : C102025
Pamela Lainharp vs. AK Steel

Invoice No.: 137323
Date       : 11/27/2002
**TOTAL DUE** :      450.00

Remit To:  **Ace Reporting Services**
           **30 Garfield Place**
           **Suite 620**
           **Cincinnati, OH 45202-4364**

PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139586 | 05/20/2003 | 01-68804 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/16/2003 | VOLKKA | C102025 |

**CASE CAPTION**

Pamela Lainhart vs. AK Steel

**TERMS**

Due upon receipt

George E. Yund, Esq.
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:                                    182.50
    Pamela Lainhart
                    INDEX                  8.00 Pages                      8.00
                    DELIVERY: COURIER                                      4.50
(TAXABLE    $  182.50)

                                        TOTAL DUE  >>>>                  195.00

                                 AFTER 06/19/2003 PAY                    197.93


30 DAY SIG THROUGH MS MYERS' COPY, ORIG/COPY DEL BY COURIER 5/19/03
```

TAX ID NO.: 31-0725254                               (513) 651-6800   Fax (513) 651-6981

*Please detach bottom portion and return with payment.*

Job No.     : 01-68804
Case No.    : C102025
Pamela Lainhart vs. AK Steel

George E. Yund, Esq.
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

Invoice No.: 139586
Date        : 05/20/2003
**TOTAL DUE** :        195.00
AFTER 6/19/2003 PAY : 197.93

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:              Zip:
Cardholder's Signature:

Remit To:   **Ace Reporting Services**
            **30 Garfield Place**
            **Suite 620**
            **Cincinnati, OH 45202-4364**

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

| BILL TO |
|---|
| Jack B. Harrison, Esq.<br>Frost Brown Todd, LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, Ohio  45202-4182 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/7/'03 | 3153 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| AK Steel | Net 30 | multiple |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript - Brickey | 1 | 273.00 | 273.00 |
| Copy of Transcript - Sizemore | 1 | 213.00 | 213.00 |
| Copy of Transcript - Johnson | 1 | 219.00 | 219.00 |
| Copy of Transcript - Chapman | 1 | 141.00 | 141.00 |
| Copy of Transcript - Lehman | 1 | 129.00 | 129.00 |
| Copy of Transcript - Kelemen | 1 | 114.00 | 114.00 |
| Copy of Transcript - King | 1 | 87.00 | 87.00 |
| Copy of Transcript - O'Hara | 1 | 69.00 | 69.00 |
| Exh. Management/Document Reproduction (1 set) | | 22.50 | 22.50 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier  4-14-03 | | 9.85 | 9.85 |
| | | | |
| PAMELA LAINHART -vs- AK STEEL | | | |
| C-1-02-025 | | | |
| Depos Taken:  3-20-03, 3-27-03 & 3-28-03 | | | |
| Reporter:  RS | | | |

Federal ID #: 31-1503265

**Total** $1,277.35

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net



**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605   DAYTON: (937) 224-1990

TAX ID NO. 31-1044663

George Yund, Esq.
Frost Brown Todd, LLC
2300 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202

## STENO INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 63852 | 04/01/03 | 1-14044 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/13/03 | ANTHDA | C102025 |

| CASE CAPTION |
|---|
| Lainhart vs. AK Steel |

| TERMS |
|---|
| NET 30 |

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

---

ORIGINAL OF TRANSCRIPT OF:
Larry Helton                                                              316.20

ORIGINAL OF TRANSCRIPT OF:
Michael Bailey                                                            368.90

REPORTER ATTENDANCE                                                       212.00
                                                                        ========
         T O T A L   D U E    >>>>                                        897.10

REGULAR DELIVERY

A service charge of 1.5% per month (18% APR) will be charged
to all overdue accounts. Your are also liable for all legal and
collection fees.

---



**LITIGATION SUPPORT SERVICES**
Accuspeed • Videofax • Exhibit 3D • Professional Resources

*"the ONE SOURCE for all of your litigation support needs"*

Court Reporting • Legal Videography • Process Service • Videoconferencing
Accident Reconstructions • Photography • Litigation Graphics • Day-In-The-Life
Settlement Brochures • Surveillance Videotaping • Courtroom Presentation
Digital Video Transcripts • Satellite CLE Presentations

---

CINCINNATI: **(513) 241-5605**    FAX: **(513) 361-8646**
DAYTON: **(937) 224-1990**    FAX: **(937) 224-1995**

Web: www.litsup.com    Email: info@litsup.com

*Annette McKeehan Schoch*

Registered Professional Reporter
Registered Merit Reporter

# Invoice

| BILL TO |
|---|
| Mekesha M. Montgomery, Esq.<br>Frost Brown Todd, LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH  45202 |

| DATE | INVOICE # |
|---|---|
| 8/18/'03 | 3219 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| AK Steel | Net 30 | 4-16-03 (b) |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 126.00 | 126.00 |
| Litigation Support Package (Below) |  | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII |  | 0.00 | 0.00 |
| Postage/Courier   5-14-03 |  | 5.00 | 5.00 |

PAMELA LAINHART -vs-
AK STEEL
C-1-02-025

Depo of:  ERIC McFARLAND
Taken:   4-16-03
Reporter: RS

| Federal ID #: 31-1503265 | **Total** | $131.00 |
|---|---|---|

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net

| FROST BROWN TODD LLC | | | 115498 | Michael Bailey | 02/25/03 | 260636 |
|---|---|---|---|---|---|---|
| INVOICE NO. | DATE | GL NUMBER | | DESCRIPTION | | CHECK NO. / AMOUNT |
| 482436 2-25 | 02/25/03 | 11111000000000000 | | Witness fee and mileage for deposition | | 52.03 |
| | | | | | TOTAL | 52.03 |

Operating Account
U.S. Bank
Cincinnati, OH 45202

FROST BROWN TODD LLC
ATTORNEYS & COUNSELLORS AT LAW
2200 PNC CENTER
CINCINNATI, OHIO 45202

CHECK NO. 260636
CHECK DATE 02/25/03

$52.03

VOID AFTER 90 DAYS

THIS CHECK VOID IF WATERMARK IS
NOT VISIBLE ON BACK OF CHECK

56-503
422

Pay  FIFTY-TWO AND 03/100 DOLLARS

TO THE
ORDER OF

Michael Bailey
1212 Curtis Street
Middletown, OH 45042

⑆260636⑆ ⑉041220503⑉ 000199731613⑊

**FROST BROWN TODD LLC**

| INVOICE NO. | DATE | GL NUMBER | DESCRIPTION | CHECK NO. | 260635 |
|---|---|---|---|---|---|
| | | | | | AMOUNT |
| 482436 2-25 | 02/25/03 | 1111100000000000000 | Witness fee and mileage for deposition | | 51.90 |
| | | | | TOTAL | 51.90 |

11549/   Larry Helton   02/25/03

---

Operating Account
U.S. Bank
Cincinnati, OH 45202

**FROST BROWN TODD LLC**
ATTORNEYS & COUNSELLORS AT LAW
2200 PNC CENTER
CINCINNATI, OHIO 45202

56-503
422

CHECK NO.    260635
CHECK DATE   02/25/03

VOID AFTER 90 DAYS

$51.90

Pay  FIFTY-ONE AND 90/100 DOLLARS

TO THE
ORDER OF
Larry Helton
1801 Crawford Street
Middletown, OH 45042

THIS CHECK VOID IF WATERMARK IS
NOT VISIBLE ON BACK OF CHECK

⑃260635⑃ ⑆041220503⑆8⑈ 0001997316 3⑈