# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA LAINHART, | : | Case No.: C-1-02-025 |
| | : | |
| Plaintiff, | : | (Judge Beckwith) |
| | : | (Magistrate Novotny) |
| v. | : | |
| | : | **STIPULATION FOR WITHDRAWAL OF** |
| | : | **BILL OF COSTS** |
| AK STEEL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

The undersigned parties, by their counsel, hereby stipulate to the withdrawal of the Bill of Costs filed by Defendant, AK Steel Corporation. Plaintiff, Pamela Lainhart has agreed to forego any appeal of this matter in exchange for the withdrawal of said Bill of Costs.


s/Randy Freking by George E.Yund per authorization
Randolph H. Freking (0009158)
Freking & Betz
215 East Ninth Street
Fifth Floor
Cincinnati, OH 45202
(513) 721-1975


Counsel for Plaintiff,
Pamela Lainhart

s/George E. Yund
George E. Yund (0017714)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800

Counsel for Defendant,
AK Steel Corporation

CinLibrary/1356866.1